IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THOMAS GAVIN                                                                                    PLAINTIFF

v.                                    Case No. 6:19-cv-6036

PAUL ACALEY;
and JANSSENS MOTOR EXPRESS
D/B/A JMX, INC.                                                                              DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Dismiss. (ECF No. 23). Defendants state that all claims in this case have been settled and move to dismiss this matter with prejudice. Defendants have indicated that Plaintiff does not oppose the instant motion. Accordingly, the Court finds that the Motion to Dismiss (ECF No. 23) should be and hereby is **GRANTED**. The above-styled and captioned case is hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 27th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge